[No. 38601-8-I.    Division One.    May 27, 1997.]

GREGORY H. KIRSCH, ET AL., *Appellants*, v. THE
DEPARTMENT OF NATURAL RESOURCES, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 93-2-00956-1, Alan R. Hancock, J., entered April 2, 1996. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Grosse, J.

[Nos. 38810-0-I; 39120-8-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE
BURTON, *Appellant*.

*In the Matter of the Personal Retraint of* LONNIE
BURTON, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02798-1, William L. Downing, J., entered May 10, 1996, together with a petition for relief from personal restraint. Judgment *affirmed*, petition *denied* by unpublished per curiam opinion.

[No. 39074-1-I.    Division One.    May 27, 1997.]

KEY BANK, *Appellant*, v. ERIC KUBOTH, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-10183-4, Jim Bates, J., entered June 26, 1996. *Affirmed* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Grosse, J.

[No. 39106-2-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.,
BENJAMIN CASSEDAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-02831-4, Michael S. Spearman, J., entered July 31, 1996. *Affirmed* by unpublished per curiam opinion.